JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>  Plaintiff,<br><br> v.<br><br>ZARA USA, INC., et al.,<br><br>  Defendants. | Case No. CV 19-2227-GW-RAOx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice as to all parties; subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days.

IT IS SO ORDERED.

Dated: November 26, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE